**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JESSE POLANSKY M.D. M.P.H.** ) <br> 701 Gilmarys Road ) <br> Baltimore, Maryland  21210 ) <br>   ) <br>   **Plaintiff,** ) <br>   ) <br> **v.** ) <br>   ) <br> **CENTERS FOR MEDICARE AND MEDICAID** ) **SERVICES** ) <br> 7500 Security Blvd., Rm. C5-16-03) ) <br> Baltimore, Maryland 21244 ) <br>   ) <br>   **Defendant.** ) | Case:  1:22−cv−01628 <br> Assigned To : Mehta, Amit P. <br> Assign. Date : 5/27/2022 <br> Description: FOIA/Privacy Act (I−DECK) |

**REQUEST FOR DISMISSAL**

I respectfully request that the Court dismiss the case without prejudice given family issues of indeterminant duration.

_____
Jesse M. Polansky, MD, MPH

1